UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEONARD CARTER (#133032)

VERSUS                                        CIVIL ACTION

SHIRLEY COODY, ET AL                          NUMBER 07-444-RET-SCR

### RULING ON MOTION TO COMPEL DISCOVERY

Before the court is the plaintiff's Motion for an Order Compelling Discovery.  Record document number 41.  No opposition has been filed.

On October 22, 2007, the plaintiff propounded interrogatories, requests for admissions and a request for the production of documents.[1]  Although the defendants have apparently not responded to the plaintiff's discovery requests, and did not file any response to this motion, the motion cannot be granted.

A party moving to compel discovery must include a certification that the mover has in good faith conferred or attempted to confer with the party not making the discovery in an effort to secure the disclosure without court action. Rule 37(a)(1), Fed.R.Civ.P.  The purpose of the rules is obvious.  It is a waste of judicial resources to resolve discovery disputes which could be more readily resolved if the parties simply communicated with each other.  There was nothing to prevent the plaintiff from

---

[1] Record document numbers 22-24.

sending a letter to counsel for the defendants seeking to resolve the discovery dispute.

Accordingly, the plaintiff's motion to compel discovery is denied, without prejudice to filing another motion after making a good faith attempt to obtain the discovery responses without court action.

Baton Rouge, Louisiana, November 14, 2008.

                                          /s/ Stephen C. Riedlinger
                                          STEPHEN C. RIEDLINGER
                                          UNITED STATES MAGISTRATE JUDGE